**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA  DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NUMBER: 4:15-CR-40001** |
| ) | |
| ) | |
| **NATHAN KARL THOMAS** ) | |

### ORDER TO PERMIT MEETING AT DETENTION FACILITY

Comes now before the Court the Motion of Defendant, Nathan Karl Thomas, requesting that a meeting between the Defendant, counsel and Ms. Rhonda Moore be permitted at the Miller County Jail.

That counsel for Defendant believes that Ms. Moore may have information which would be of assistance to the defense of this case and that a face-to-face meeting between Ms. Moore, Defendant and defense counsel would facilitate the exchange of that information. Ms. Moore is available on Friday, July 31, 2015.

IT IS, THEREFORE, ORDERED that the Miller County Jail permit a face-to-face meeting for Rhonda Moore to meet with Defendant and counsel at the jail provided that she otherwise complies with any reasonable safety or security concerns of the jail.  This meeting is to take place on Friday, July 31, 2015.

WHEREFORE, Defendant's Motion to Permit Meeting at Detention Center is GRANTED this 31st day of July, 2015.

        **/s/ Susan O. Hickey**
        HONORABLE SUSAN O. HICKEY
        U.S. DISTRICT JUDGE