IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal Case No. 4:15CR40001-001 |
| | ) | |
| NATHAN KARL THOMAS | ) | |

### ORDER

Appearing before the Court, in the above styled and number cases, is the United States of America, and the Defendant, Nathan Karl Thomas, along with his attorneys, Mr. Bruce D. Eddy and Ms. Tiffany E. Fields for a hearing to determine the competency of the Defendant, Mr. Thomas. Appearing on behalf of the United States is Assistant United States Attorney Jonathan D. Ross.

Upon review of the testimony and the Psychiatric Report [ECF 33] filed herein, the Court hereby finds that the Defendant, Nathan Karl Thomas, is fully competent and capable of understanding the proceedings against his and able to assist his attorney in his defense. The parties do not object to the Court's finding.

IT IS SO ORDERED this 18th day of March, 2016.

/s/ Susan O. Hickey
**SUSAN O. HICKEY**
**UNITED STATES DISTRICT JUDGE**