IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal Case No. 4:15CR40030-001 |
| | ) | |
| DAVID ANTHONY BELL | ) | |

## ORDER

Appearing before the Court, in the above styled and number case, is the United States of America, and the Defendant, David Anthony Bell, along with his attorney, Ms. Tiffany E. Fields for a hearing to determine the competency of the Defendant, Mr. Bell. Appearing on behalf of the United States is Assistant United States Attorney Jonathan D. Ross.

Upon review of the Psychiatric Report [ECF 17] filed herein, the Court hereby finds that the Defendant, David Anthony Bell, is fully competent and capable of understanding the proceedings against him and able to assist his attorney in his defense. The parties do not object to the Court's finding. Jury trial will commence at 9:00 a.m. on May 16, 2016, in Texarkana, Arkansas.

IT IS SO ORDERED this 26th day of April, 2016.

*/s/ Susan O. Hickey*
**SUSAN O. HICKEY**
**UNITED STATES DISTRICT JUDGE**