**IN THE UNTED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 4:15CR40001-001** |
| ) | |
| **NATHAN KARL THOMAS** ) | |

**GOVERNMENT'S MOTION TO DISMISS CASE**

The United States of America, by and through Duane (DAK) Kees, United States Attorney for the Western District of Arkansas, and the undersigned Assistant United States Attorney, state to the Court the following;

1. The Defendant, Nathan Karl Thomas, pled guilty to an Information in Case No. 4:16CR40008-001 filed against him on March 31, 2016, charging him with two counts of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

2. According to the terms of the Plea Agreement entered into between the Government and the Defendant in that case, if this Court accepted the Plea Agreement, the United States agreed to move to dismiss the Superseding Indictment pending against the Defendant in Case No. 4:15CR40001-001.

3. On June 19, 2018, this Honorable Court accepted the Plea Agreement entered in Case No. 4:16CR40008-001 and sentence was pronounced.

4. Pursuant to the terms of the Plea Agreement in Case No. 4:16CR40008-001, the United States moves to dismiss the above-captioned case.

WHEREFORE, the United States moves this Honorable Court to dismiss the Superseding Indictment filed against Nathan Karl Thomas in the above-captioned matter and for all other just

and proper relief to which it may be entitled.

        Respectfully submitted,

        DUANE (DAK) KEES
        UNITED STATES ATTORNEY

        */s/Benjamin Wulff*
By:
        Benjamin Wulff
        Assistant United States Attorney
        Arkansas Bar No. 2005190
        500 N. Stateline Avenue
        Texarkana, AR  71854
        (903) 792-6422
        Email:  Ben.Wulff@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Bruce Eddy, attorney for Defendant

        */s/Benjamin Wulff*
        Benjamin Wulff
        Assistant U.S. Attorney