IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              CASE NO: 4:15-CR-40001-001

NATHAN KARL THOMAS                                                          DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss Case filed by the United States of America. ECF No. 45. In the instant motion, the United States moves the Court to dismiss the Superseding Indictment filed on July 22, 2015, in this matter. ECF No. 21. Upon consideration, the Court finds that the motion (ECF No. 45) should be and hereby is **GRANTED**. Accordingly, the Superseding Indictment filed in this matter is **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge